396 U.S. 5 (1969)
SHAPIRO, COMMISSIONER OF WELFARE OF CONNECTICUT
v.
SOLMAN ET AL.
No. 215.
Supreme Court of United States.
Decided October 13, 1969.
APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT.
Robert K. Killian, Attorney General of Connecticut, and Francis J. MacGregor, Assistant Attorney General, for appellant.
Francis X. Dineen for appellees.
PER CURIAM.
The motion to affirm is granted and the judgment is affirmed. See King v. Smith, 392 U. S. 309.